IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JENNIFER YOUNGMAN      *
                       *
        Plaintiff,     *
                       *
    v.                 *   CIVIL NO. 5:11-CV-0200-FL
                       *
MICHAEL ASTRUE         *
COMMISSIONER, SOCIAL SECURITY,  *
                       *
        Defendant.     *
               * * * * * * * * *

## ORDER

After reviewing Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act (EAJA) and the Joint Stipulation for Attorney Fees under the EAJA,

it is hereby GRANTED, and it is hereby ORDERED that a fee in the amount of $5,250 shall be awarded under the EAJA, payable to Plaintiff, and sent to Plaintiff's counsel's address.

This  25th  day of ____June____, 2012.

            /s/ Louise W. Flanagan
            LOUISE W. FLANAGAN
            United States District Court Judge